FILED
FEB 16 2012
DAVID CREWS, CLERK
BY _____ Deputy

## IN THE CIRCUIT COURT OF PONTOTOC COUNTY, MISSISSIPPI

**RON CARTER**                                                                                         **PLAINTIFF**

**VS.**                                                     CIVIL ACTION NO. 2011-380 B(P)

**WAL-MART STORES EAST, LP**                                  **DEFENDANT**

### COMPLAINT
(Jury Trial Requested)

COMES NOW the Plaintiff, **Ron Carter**, and files this, his Complaint, against the Defendant, **Wal-Mart Stores East, LP**, hereinafter referred to as "Wal-Mart," and in support thereof, would respectfully show unto the Court the following:

I.

Plaintiff, Ron Carter, is an adult resident citizen of Pontotoc County, Mississippi.

II.

Defendant **Wal-Mart Stores East, LP**, is a corporation with a place of business in Pontotoc County, Mississippi, and which may be served with process through its registered agent, CT Corporation System, 645 Lakeland East Drive, Suite 101, Flowood, Mississippi 39232.

III.

Jurisdiction and Venue are proper in this Court.

EXHIBIT A

FILED
NOV 30 2011
CIRCUIT CLERK
PONTOTOC COUNTY

IV.

On or about September 1, 2011, Ron Carter entered Wal-Mart retail store #164 on McCord Road, Pontotoc, Pontotoc County, Mississippi, and while walking near the jewelry department slipped on a grainy substance on the floor and suffered severe personal injuries.

V.

That at the time of his fall, floor cleaning operations were in progress and the floor contained a grainy substance and was slightly wet. Plaintiff states there were no caution signs at the site of the accident.

VI.

**Wal-Mart**, as the operator of a retail store open to the public, owed to **Ron Carter**, and all its customers, a duty to exercise reasonable care to keep its business premises in a reasonably safe condition.

VII.

Defendant **Wal-Mart** was negligent in creating an unreasonably dangerous condition or otherwise failing to properly maintain the floor in a reasonably safe condition.

VIII.

Defendant **Wal-Mart** was negligent by failing to use reasonable care in failing to maintain the retail floor in a dry, clean and safe condition, not sandy, wet and slippery. Said negligence caused an unsafe and dangerous condition to exist on the premises.

FILED
NOV 30 2011
CIRCUIT CLERK
PONTOTOC COUNTY

IX.

Defendant **Wal-Mart** was negligent by failing to provide Plaintiff with adequate warning of the unreasonably dangerous condition.

X.

Plaintiff's injuries are a direct and proximate result of **Wal-Mart's** negligence.

XI.

Plaintiff is entitled to compensation in an amount to be determined by the trier of fact, including but not limited to medical expenses, pain and suffering, injuries to his person, lost wages and possible permanent impairment.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff does hereby demand judgment against **Wal-Mart** in an amount to be determined by the trier of fact for actual damages and all costs herein.

This the 22 day of November, 2011.

RON CARTER, Plaintiff

BY: _____
GEORGE E. DENT, MSB NO. 6052

OF COUNSEL:

GREER, RUSSELL, DENT & LEATHERS, PLLC
P.O. Box 907
Tupelo, MS 38802-0068
(662) 842-5345
Email: gdent@greerlawfirm.com

**FILED**
NOV 30 2011
CIRCUIT CLERK
PONTOTOC COUNTY

WILLIAM L. SNEED, ESQ, MSB No. 7665
P. O. Box 89
Pontotoc, MS 38863
Email: wlsneedlaw@yahoo.com

**FILED**

**NOV 30 2011**

CIRCUIT CLERK
PONTOTOC COUNTY



# CT Corporation

**Service of Process Transmittal**
12/19/2011
CT Log Number 519663922

**TO:** Sheron Young, Operations Manager Legal Department
Wal-Mart Stores, Inc.
702 SW 8th Street
Bentonville, AR 72716

**RE:** **Process Served in Mississippi**

**FOR:** Wal-Mart Stores East, LP (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Ron Carter, Pltf. vs. Wal-Mart Stores East, LP, Dft. |
| **DOCUMENT(S) SERVED:** | Summons, Proof of Service, Complaint |
| **COURT/AGENCY:** | Pontotoc County Circuit Court, MS<br>Case # 2011382RPO |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - Failure to Maintain Premises in a Safe Condition - On 9/1/11 at Wal-Mart retail store #164 on McCord Road, Pontotoc, Pontotoc County, MS |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Flowood, MS |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 12/19/2011 at 09:45 |
| **JURISDICTION SERVED:** | Mississippi |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days from the date of delivery |
| **ATTORNEY(S) / SENDER(S):** | George E. Dent<br>Greer, Russell, Dent & Leathers, PLLC<br>PO Box 907<br>Tupelo, MS 38802<br>662-842-5345 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 12/19/2011, Expected Purge Date: 12/24/2011<br>Image SOP<br>Email Notification, Sheron Young ct.lawsuits@walmartlegal.com<br>Email Notification, Scott LaScala-CT East CLS-VerificationEast@wolterskluwer.com |
| **SIGNED:** | C T Corporation System |
| **PER:** | Amy McLaren |
| **ADDRESS:** | 645 Lakeland East Drive<br>Suite 101<br>Flowood, MS 39232 |
| **TELEPHONE:** | 800-592-9023 |

Page 1 of 1 / WT

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.



EXHIBIT
B